IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Luke D Heavens,<br><br>Debtors. | Bankruptcy No. 13-17031<br><br>Chapter 7<br><br>Doc. No. 1-1, 1-2 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and

Authorize Filing of Replacement Proof of Claims 1-1 and 1-2 filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claims (including attachments) (1-1

and 1-2) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim 1-1, filed on

August 22, 2013, on the Claims Register and Amended Proof of Claim 1-2, filed on August 28,

2013, on the Claims Register forthwith and replace the incorrectly redacted documents with the

remediated documents provided.

Dated:  February 11, 2020

BY THE COURT:

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BRIAN LANGFORD<br>436 7th Avenue Ste 2500<br>Pittsburgh, PA 15219<br>412-338-7102<br>State Bar #324884<br>BLANGFORD@WELTMAN.COM<br><br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* EMERG. CARE SERV. OF PA | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>  TERRY L. IKEY<br><br>MARY K. IKEY<br><br><br><br>                                                    Debtor(s) | CASE NO.:  08-15796 |
|---|---|
| | CHAPTER:  13 |
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| | [No hearing Required] |

| **Movant** *(name):*<br>EMERG. CARE SERV. OF PA |
|---|

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 1/28/2020 (docket entry number 59), the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2.  The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

February 11, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 6-1 | 10/14/2008 | Proof of Claim |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |