United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 13-17031-bif
Luke D Heavens                                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1            Date Rcvd: Feb 13, 2020
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db          +Luke D Heavens,    459 Irvington Road,    Drexel Hill, PA 19026-1320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    PNC Bank, National Association
           agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, National Association hkaplan@rasnj.com
          KENNETH E. WEST    on behalf of Debtor Luke D Heavens dwabkty@aol.com,   G62ll@notify.cincompass.com
          SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          TERRY P. DERSHAW    td@ix.netcom.com,   PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Luke D Heavens,<br><br>            Debtors. | Bankruptcy No. 13-17031<br><br>Chapter 7<br><br>Doc. No. 1-1, 1-2 |
| --- | --- |

## ORDER OF COURT

    **AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claims 1-1 and 1-2 filed by PNC Bank NA;

    **AND**, the Court concluding that the subject Proof of Claims (including attachments) (1-1 and 1-2) fails to comply with Fed. R. Bankr. P. 9037;

    It is therefore **ORDERED** that:

    1. This Motion is **GRANTED**.

    2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim 1-1, filed on August 22, 2013, on the Claims Register and Amended Proof of Claim 1-2, filed on August 28, 2013, on the Claims Register forthwith and replace the incorrectly redacted documents with the remediated documents provided.

Dated: February 11, 2020

                     BY THE COURT:

                     Magdeline D. Coleman
                     Chief U.S. Bankruptcy Judge

Case 13-17031-bif    Doc 72    Filed 02/15/20    Entered 02/16/20 00:52:28    Desc Imaged
Certificate of Notice    Page 3 of 5

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BRIAN LANGFORD<br>436 7th Avenue Ste 2500<br>Pittsburgh, PA 15219<br>412-338-7102<br>State Bar #324884<br>BLANGFORD@WELTMAN.COM<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* EMERG. CARE SERV. OF PA | FOR COURT USE ONLY |

<table>
<tr>
<td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA</strong></td>
</tr>
<tr>
<td>In re:<br><br>TERRY L. IKEY<br><br>MARY K. IKEY<br><br><br><br><br>Debtor(s)</td>
<td>CASE NO.: 08-15796<br><br>CHAPTER: 13<br><br><strong>ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS</strong><br><br>[No hearing Required]</td>
</tr>
<tr>
<td colspan="2"><strong>Movant</strong> <em>(name)</em>:<br>EMERG. CARE SERV. OF PA</td>
</tr>
</table>

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 1/28/2020 (docket entry number 59), the court orders as follows:

☒ The Motion is granted. The court further orders as follows:

1. Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2.   The clerk of the court is directed to restrict public access to the originally filed documents
     identified in the Motion in order to keep the personal data identifiers confidential disclosed in the
     original documents.  (A copy of the list of documents identified in the Motion to be redacted and
     public access to be restricted is attached.)

February 11, 2020

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

### LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
### AND PUBLIC ACCESS TO BE RESTRICTED

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 6-1 | 10/14/2008 | Proof of Claim |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |